JUDGE ROBERT J. BRYAN

FILED / LODGED / RECEIVED
NOV 12 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

09-CR-05465-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR09-5465RJB |
| Plaintiff, | |
| vs. | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| KEVIN W. WILLIAMS, | |
| Defendant. | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Ex-Parte, Sealed Affidavit of Counsel.

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defender Russell V. Leonard, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the CJA panel.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 12th day of November, 2009.

*[signature]*
JUDGE ROBERT J. BRYAN
U.S. DISTRICT COURT JUDGE

Presented by:

/s/ Russell V. Leonard
Russell V. Leonard
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710