Judge Bryan

IN THE UNITED STATES DISTRICT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| United States of America, | No.     CR09-5465RJB |
|---|---|
| Plaintiff, | |
| -vs- | Order Authorizing Withdrawal and Authorization to Proceed Pro Se |
| Kevin Williams, | |
| Defendant. | |

THIS MATTER having come upon the Motion for an Order Authorizing Withdrawal of Counsel and Authorization for the defendant to proceed pro se, and the Court having reviewed the records and files herein and the Declaration in support of the Motion for Withdrawal and Authorization for the defendant to proceed pro se and feeling otherwise fully advised in the premises, now, therefore

Order Authorizing Withdrawal and Appointment of Substitute Counsel

1

**LAW OFFICES OF
STEVEN D. WEIER, INC. PS**
3204 Auburn Way North
Auburn, WA  98002
Telephone (253) 931-0332 FAX (253) 735-2845

IT IS HEREBY ORDERED that the Motion for Withdrawal and Authorization for the defendant to proceed pro se be granted.

DATED this 1st day of April, 2010.

*signature: Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

Presented by:

*/s/Thomas A. Campbell*
Thomas A. Campbell
WSBA #14289

Order Authorizing Withdrawal and Appointment of Substitute Counsel

2

**LAW OFFICES OF
STEVEN D. WEIER, INC. PS**
3204 Auburn Way North
Auburn, WA  98002
Telephone (253) 931-0332 FAX (253) 735-2845