THE HONORABLE ROBERT J BRYAN
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN WAYNE WILLIAMS<br><br>Defendant. | CASE NO. CR09-5465RJB<br><br>ORDER GRANTING MOTION TO EXTEND AND ESTABLISH A PRETRIAL MOTION CUT-OFF DATE |

THIS MATTER having come before the Honorable Court upon defendant's pro se Motion To Extend And Establish A Pre-Trial Cut-Off

NOW THEREFORE IT IS HEREBY ORDERED that the Motion To Extend And Establish A Pretrial Motion Cut-Off Date is GRANTED.

The New Pretrial Motion Cut-Off Date Is: <u>May 20, 2010 for filing; and May 28, 2010 for noting</u>, pursuant to Local Rules, W. D. Wash., CrR12(c)(7).

The Existing Pretrial Conference Is:   <u>May 26, 2010 at 8:30 a.m.</u>

The Existing Trial Date Is:   <u>June 7, 2010 at 9:30 a.m.</u>

Dated this 21st day of April, 2010.

*Robert J Bryan* (signature)
Robert J Bryan
United States District Judge

1